IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, OHIO
EASTERN DIVISION

| | |
|---|---|
| RIVER CHIROPRACTIC AND WELLNESS CENTER, LLC, | ) CASE NO. 1:20-cv-00688 ) |
| Plaintiff, | ) JUDGE DONALD C. NUGENT ) ) |
| -vs- | ) ) **MOTION TO CORRECT** |
| BANKROLL CAPITAL, INC. | ) **MISNOMER** ) ) |
| Defendant. | ) |

Now comes Plaintiff River Chiropractic and Wellness Center, LLC ("Plaintiff"), on behalf of itself and all those similarly situation, and hereby moves this Honorable Court to correct a typographical error in the complaint herein with respect to its name.  In the case caption and on first line of the complaint, as well as the "case name" as reflected on the docket, Plaintiff's name appears with the word "Center" inadvertently omitted.  Plaintiff's correct name should appear as River Chiropractic and Wellness <u>Center</u>, LLC.

WHEREFORE, Plaintiff moves this Court to correct the error by deeming the name on the complaint to be "River Chiropractic and Wellness Center, LLC" and by directing the Clerk to change the case name as it appears on the docket.

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Michael L. Berler (#0085728)
Michael L. Fine (#0077131)
**Frederick & Berler LLC**
767 East 185th Street
Cleveland, Ohio 44119
(216) 502-1055; *f* - (216) 566-9400
ronf@clevelandconsumerlaw.com
mikeb@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com

## Certificate of Service

I hereby certify that this document is being filed electronic and will be served upon the parties via the Court's electronic filing system.  In addition, a true and accurate copy of the foregoing is being sent defendant for first class U.S. mail to:

BANKROLL CAPITAL, INC.
500 Technology Drive, Suite 350
Irvine, CA  92618

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
**Frederick & Berler LLC**
*Attorney for Plaintiffs*