U.S. District Court – Northern District of Ohio
Attn: Clerk of Court
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113




7017 0190 0001 0601 8979

**FILED**

AUG 13 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Bankroll Capital, Inc.
500 Technology Drive, Ste. 350
Irvine, CA 92618

1:20cv 688

NIXIE        910    FE 1           0008/09/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 44113182999        2347N222152-00791