IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RIVER CHIROPRACTIC AND WELLNESS CENTER, LLC, | ) | CASE NO. 1:20-cv-00688 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -vs- | ) | **MOTION FOR STAY OF THE COURT'S NOVEMBER 17, 2020 ORDER REQUIRING PLAINTIFF TO FILE A MOTION FOR DEFAULT JUDGMENT AND SETTING A DEFAULT JUDGMENT HEARING** |
| BANKROLL CAPITAL, INC. | ) | |
| Defendant. | ) | |

*12/7/20*
*Motion Gtd.*
*Donald C. Nugent*

NOW COMES Plaintiff, River Chiropractic and Wellness Center, LLC ("River Chiropractic"), by and through counsel, and hereby moves this Court for a stay of its November 17, 2020 Order that River Chiropractic should file a motion for default judgment at this time and for a stay of the default judgment hearing set for December 17, 2020. (Doc #: 11). By this docket entry River Chiropractic understands that the Court is ordering it to file a motion for default judgment at the present time. However, as River Chiropractic cannot comply with this order prior to the Court's ruling on its Motion for Class Certification, that is being filed contemporaneously herewith, without jeopardizing the interests of the class it seeks to represent, River Chiropractic respectfully requests that that this Court's order be stayed until after the Court's ruling on the Motion for Class Certification and until River Chiropractic has had an opportunity to conduct class (and if necessary move to compel) discovery.