IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| River Chiropractic and Wellness Center, ) | |
| ) | CASE NO. 1:20 CV 688 |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| Bankroll Capital, Inc., ) | ORDER |
| ) | |
| Defendant . ) | |

    This is a class action case that was filed against the Defendant for alleged violations of the Telephone Consumer Protection Act. (ECF #1). The proposed class was certified without opposition. (ECF #16, 17). The Defendant has made no appearance in this action either in person or in writing, and all requirements for entry of default judgment, pursuant to Fed. R. Civ. Pro. 55, have been certified by Plaintiff's counsel. (ECF #12). The Clerk of Courts entered an order of default against Defendants Bankroll Capital, Inc. on January 28, 2021. (ECF #18).

    Neither party attended the scheduled Default Hearing on March 12, 2021, despite having been notified of the hearing. Based on the foregoing, the Court, hereby enters judgment in favor of the Plaintiff and against the Defendants, Bankroll Capital, Inc.. Plaintiff has 30 days to submit

a proposed Judgement Order outlining the damages sought and any other proposed relief. The proposed order should be accompanied by an Application for Default Judgment, as required by Fed. R. Civ. P. 55, and must be supported by affidavits.

    IT IS SO ORDERED.

                                            /s/ Donald C. Nugent
                                            DONALD C. NUGENT
                                            UNITED STATES DISTRICT JUDGE

DATE: March 12, 2021