## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| River Chiropractic and Wellness Center, <br><br> Plaintiff(s), <br> v. <br><br> Bankroll Capital, Inc., <br><br> Defendant(s). | Date: April 14, 2021 <br><br> Judge Donald C. Nugent <br><br> Court Reporter: None <br><br> Case Number: 1: 20 CV 688 |

Telephonic status held w/ all counsel participating. Default set aside — issue on conditional class certification may be raised by Def. — P has sent discovery requests — Discovery now proceeding. Status re-set 7/6/21 @ 9:00AM. All counsel notified of this ORDER

Length of Proceeding: 15 min

United States District Judge 4/14/21