UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RIVER CHIROPRACTIC AND WELLNESS CENTER, LLC, ) ) ) | CASE NO. 1:20-cv-00688 |
| Plaintiff, ) ) | JUDGE BRIDGET M. BRENNAN |
| v. ) ) ) | **JUDGMENT ENTRY** |
| BANKROLL CAPITAL, INC., ) ) | |
| Defendant. ) ) | |

For the reasons stated in this Court's Memorandum of Opinion and Order granting as unopposed the Defendant's Motion for Summary Judgment (Doc. 32), judgment is hereby entered for Defendant.

**IT IS SO ORDERED.**

Date: May 4, 2022

_____
BRIDGET M. BRENNAN
U.S. DISTRICT JUDGE