**IT IS SO ORDERED.**

/s/ Bridget M. Brennan

BRIDGET M. BRENNAN
U.S. DISTRICT JUDGE
June 22, 2022

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RIVER CHIROPRACTIC AND WELLNESS CENTER, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BANKROLL CAPITAL, INC.,<br><br>Defendant. | ) CASE NO 1:20-CV-00688-BMB<br>)<br>) JUDGE BRIDGET MEEHAN BRENNAN<br>)<br>) **DEFENDANT BANKROLL CAPITAL,**<br>) **INC.'S MOTION FOR ATTORNEYS'**<br>) **FEES**<br>)<br>)<br>) |

Pursuant to Federal Rule of Civil Procedure 37(c)(1) and 37(c)(2), Defendant Bankroll Capital, Inc. ("**Bankroll**") moves the Court for an award of attorneys' fees against Plaintiff and Plaintiff's counsel, Frederick & Berler LLC (and its attorneys of record), owing to Plaintiff's denial of a material request for admission and/or Plaintiff's false and materially incomplete discovery responses.

A Memorandum in Support is attached.

Respectfully submitted,

*/s/ David M. Krueger*
DAVID M. KRUEGER (0085072)
JOHN N. DAGON (0098128)
**BENESCH, FRIEDLANDER, COPLAN &**
  **ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Email:  dkrueger@beneschlaw.com
            jdagon@beneschlaw.com

*Attorneys for Defendant Bankroll Capital, Inc.*